UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | **Jointly Administered under BKY 08-45257** |
| Petters Company, Inc., et al., | BKY 08-45257 |
| Debtors. | |
| (includes<br>Petters Group Worldwide, LLC;<br>PC Funding, LLC;<br>Thousand Lakes, LLC;<br>SPF Funding, LLC;<br>PL Ltd., Inc.;<br>Edge One LLC;<br>MGC Finance, Inc.;<br>PAC Funding, LLC;<br>Palm Beach Finance Holdings, Inc.) | Court File Nos.:<br>08-45258<br>08-45326<br>08-45327<br>08-45328<br>08-45329<br>08-45330<br>08-45331<br>08-45371<br>08-45392 |
| | Chapter 11 Cases<br>Judge Kathleen H. Sanberg |

**ORDER GRANTING MOTION OF PCI LIQUIDATING TRUSTEE
AND BMO LITIGATION TRUSTEE FOR APPROVAL OF SETTLEMENT PURSUANT
TO BANKRUPTCY RULE 9019**

At Minneapolis, Minnesota, November 15, 2018.

These cases are before the court on the *Motion of PCI Liquidating Trustee and BMO Litigation Trustee for Approval of Settlement Pursuant to Bankruptcy Rule 9019* (the "***Motion***").[1]  For reasons stated orally and recorded in open court,

**IT IS ORDERED:**

1. The Motion is GRANTED.

---

[1] Capitalized terms used but not defined herein shall have the meaning set forth in the Motion.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *11/15/2018*
Lori Vosejpka, Clerk, by LH

2. The Trustees are authorized to enter into the Agreement.

3. The Agreement, as described in the Motion is approved in its entirety, and the parties thereto are authorized to perform their respective duties and obligations thereunder.

4. The Adversary Proceeding is dismissed with prejudice.

5. The Trust Parties are authorized to dissolve the Acorn Reserve.

6. This Court retains jurisdiction with respect to all matters arising from, based upon or related to the implementation of this Order.

/e/ Kathleen H. Sanberg
KATHLEEN H. SANBERG
CHIEF UNITED STATES BANKRUPTCY JUDGE